UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

TIMOTHY ADAM CHILDERS, )
)
         Plaintiff, )
vs. )   No.  1:05-cv-1209-DFH-JMS
)
KENNY WHIPKER, et al., )
)
         Defendants. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 2/13/2007

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Jeffrey B. Halbert, STEWART & IRWIN
jhalbert@silegal.com

Douglas Alan Hoffman, CARSON BOXBERGER
hoffman@carsonboxberger.com

Cynthia M Locke, STEWART & IRWIN, P.C.
clocke@silegal.com

Timothy Adam Childers  DOC # 920412
Putnamville Correctional Facility
1946 West US Hwy 40
Greencastle, IN 46135